**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,**
**WESTERN DIVISION**

JOHN I. WILLIAMS                                                    PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 5:08cv215-DCB-JMR

BONNIE ADAMS, ALFA INSURANCE CORPORATION,
THE TRAVELERS INDEMNITY COMPANY OF AMERICA,
JOHN DOES 1-10, A-M CORPORATIONS 1-13, AND
N-Z CORPORATIONS 1-13                                             DEFENDANTS

<u>JUDGMENT OF DISMISSAL</u>

Whereas this cause having come before the Court on defendant The Travelers Indemnity Company of America's Motion to Dismiss **[docket entry no. 41]**, and the Court having granted the Motion in an Order of even date herewith; accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this the 29th day of July 2009.


/s/ David Bramlette

**UNITED STATES DISTRICT JUDGE**